UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | 4:17-CR-249 |
| --- | --- | --- |
| v. | ) | |
| JOSEPH PRICE | ) | |

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office

11-28 20 17

Deputy Clerk

## ORDER TO UNSEAL

Upon Motion of the United States,

IT IS ORDERED that Indictment number 4:17-CR-249, referenced above, and any and all accompanying documentation be unsealed effective November 28, 2017.

_____
HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA